**Order entered November 17, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00584-CR

**BOBBY RAY HARRIS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the 282nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F20-76711-S

## ORDER

Before the Court is the November 14, 2022 request of deputy court reporter Norma Rico for a second extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed by **December 10, 2022**.

We caution Ms. Rico that further extensions will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE